**Terry Ray ADAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40739.**

Missouri Court of Appeals,
Western District.

Jan. 17, 1989.

Jeffrey J. Rosanswank, Public Defender, Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and
MANFORD and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief.

AFFIRMED. Rule 84.16(b).

**Franklin TETER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40410.**

Missouri Court of Appeals,
Western District.

Jan. 17, 1989.

Michael B. Watkins, Chillicothe, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and
TURNAGE and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for postconviction relief.

AFFIRMED. Rule 84.16(b).